108 P.3d 313

# SUPREME COURT OF HAWAI'I

Wilson v. G.C. & K.B. Investments, Inc. .............. 24309    03/14/2005    Vacated & remanded

State v. Johnson .................................. 26345    03/28/2005    Vacated & remanded